**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02702-CMA-CBA

JENNIFER HOLLAND,

    Plaintiff,

v.

SRL & ASSOCIATES,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE
---

    Pursuant to and in accordance with F.R.Civ.P. 41(a)(1) and the Stipulation of Dismissal With Prejudice (Doc. # 16) signed by the attorneys for the parties hereto it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, each party to pay its own costs.

    DATED: March 30, 2010.

                                                  BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge